CV 01-1935 #1

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 2 9 2001  MR

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID F POTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) |
| | ) |
| THE CITY OF SEATTLE, | ) |
| a municipal corporation, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOE, in his capacity as a police | ) |
| officer for the City of Seattle and as an | ) |
| individual, | ) |
| | ) |
| and | ) |
| | ) |
| PAUL SCHELL, in his capacity as Mayor | ) |
| of the City of Seattle and as an individual, | ) |
| | ) |
| and | ) |
| | ) |
| NORMAN STAMPER, in his capacity as | ) |
| Chief of Police of the City of Seattle and | ) |
| as an individual, | ) |
| | ) |
| Defendants | ) |
| | ) |

CV01 1935

COMPLAINT FOR DAMAGES

COMPLAINT FOR DAMAGES - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

## INTRODUCTION

1       This is a civil action seeking damages against the above-named defendants   The civil claims include a common law tort cause of action, statutory causes of action, and offenses committed under color of law resulting in a deprivation of rights secured by the Constitution and laws of the United States of America

## JURISDICTION AND VENUE

2       This Court has personal and subject matter jurisdiction over plaintiff's federal civil rights claims under Title 42, United States Code, § 1983, and Title 28, United States Code, §§ 1331 and 1343(a)(3)

3       This Court has pendent jurisdiction over plaintiff's state law claim and over defendants as to said claim, pursuant to Title 28, United States Code, § 1367 (Judicial Improvements Act of 1990), Public Law No. 101-650, 104 Stat  5089 (1990)

4       The acts and omissions complained of herein occurred in King County, Washington, and the defendants are residents and citizens of the State of Washington

5       Plaintiff is a resident and citizen of the state of Oregon

6       The matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs

7       This Court has diversity jurisdiction over plaintiff's claims pursuant to Title 28, United States Code, § 1332

COMPLAINT FOR DAMAGES - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

8 Venue in this Court is proper pursuant to Title 28, United States Code, § 1391

## PARTIES

9 Plaintiff David F Potter is a citizen of the United States and a citizen and resident of the state of Oregon  Defendant City of Seattle is sued directly under Title 42, United States Code, § 1983 as to the federal causes of action, and under the doctrine of *respondeat superior* as to the state cause of action

10 Defendant Paul Schell was, at all times pertinent to this suit, the Mayor of the City of Seattle, with overall executive and supervisory responsibility for the acts of defendants described herein

11 At all times material to this complaint, defendant Schell was an agent and an employee of defendant City of Seattle, and was acting within the scope of his employment and under color of the laws of the State of Washington

12 Defendant Paul Schell is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle.

13 Defendant City of Seattle includes, as one of its agencies, the Seattle Police Department

14 At all times material to this complaint, defendant Norman Stamper was employed by defendant City of Seattle as the duly-commissioned Chief of Police, and, as such, had executive and supervisory responsibility for the acts of the Seattle police officers during the events described herein  Defendant Stamper possessed final policy-making and decisional

COMPLAINT FOR DAMAGES - 3

**MUENSTER & KOENIG**
JOHN R  MUENSTER, INC., P S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

authority regarding issues of law enforcement, discipline and training within the City of Seattle police department   He was responsible for the policies, practices and customs of the City of Seattle police department, as well as the hiring, screening, training, supervising, disciplining, counseling and control of the police officers under his command

15     At all times material to this complaint, defendant Stamper was an agent and an employee of defendant City of Seattle, and was acting within the scope of his employment and under color of the laws of the State of Washington

16     Defendant Stamper is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle

17     At all times material to this complaint, defendant John Doe was employed as a police officer by defendant City of Seattle   At all times material to this complaint, defendant John Doe was an agent and employee of defendant City of Seattle and was acting within the scope of his employment with the City of Seattle, under color of the laws of the State of Washington

18     Defendant John Doe is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

## FACTUAL ALLEGATIONS

19     During the week of November 29-December 3, 1999, the World Trade Organization (WTO) held meetings in downtown Seattle

20     Thousands of people gathered in the streets of Seattle to peacefully protest the policies of the WTO, contending that such policies are in conflict with American laws protecting the environment, labor, and human rights

21     During the WTO week, police tear-gassed, pepper-sprayed and/or arrested numerous peaceful protestors, innocent bystanders, and members of the media

22     On November 30, 1999, defendant City of Seattle sent officers of the Seattle police department to the downtown area of Seattle   The officers patrolled the streets, dressed in riot gear.

23     Defendant City of Seattle provided its police officers with what is believed to be pepper spray to use against citizens in the downtown area

24     Pepper spray is a dangerous chemical weapon.

25     At approximately 5 30 p m  in the afternoon of November 30, 1999, plaintiff David Potter was standing on the sidewalk near the Independent Media Center located at 1415 Third Avenue

26     Plaintiff was on the scene as a video photographer   He displayed a press pass on a cord around his neck, chest-high

27     Plaintiff carried his video camera and filmed police and civilians in the area

COMPLAINT FOR DAMAGES - 5

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

28     Without warning, defendant John Doe fired chemical spray, believed to be pepper spray, at plaintiff as he photographed

29     Plaintiff's face, ears and eyes were drenched in the chemical spray   Plaintiff experienced immediate, intense pain, fear and temporary blindness

30     Neither defendant John Doe nor any of the other police officers present provided or attempted to provide any first aid to plaintiff.

31     Defendants failed to properly supervise defendant John Doe

32     Defendants failed to train defendant John Doe not to fire chemical weapons at press photographers

33     Defendants failed to provide their officers deployed on November 30, 1999 with adequate food, water and opportunities for rest

34     As a result of the acts and omissions of defendants, plaintiff suffered personal injuries including, but not limited to, bodily injury, pain and suffering, emotional distress, fear and other consequential damages

## FIRST CAUSE OF ACTION
## VIOLATION OF THE FIRST AMENDMENT

35     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 34

36     The acts and omissions of defendants herein were done under color of state law, custom or usage

COMPLAINT FOR DAMAGES - 6

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

37      Plaintiff David Potter had a federally-protected right, under the freedom of speech, press and assembly provisions of the First Amendment to the United States Constitution, to be present in downtown Seattle and to photograph the contacts between police officers and citizens during the WTO-related protests and gatherings

38      The acts and omissions of the defendants herein proximately caused the deprivation of the First Amendment rights of the plaintiff

39      As a proximate result of the acts and omissions of defendants and deprivation of plaintiff's First Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

SECOND CAUSE OF ACTION
VIOLATION OF THE FOURTH AMENDMENT
PROHIBITION AGAINST UNREASONABLE SEIZURES

40      Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 39

41      The acts and omissions of defendants were performed under color of state law, custom or usage

42      David Potter was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants set forth herein

43      David Potter had a federally-protected right, under the Fourth Amendment, not to be subjected to an unreasonable seizure

COMPLAINT FOR DAMAGES - 7

MUENSTER & KOENIG
JOHN R. MUENSTER, INC , P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

44     The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of David Potter

45     As the proximate result of the acts and omissions of defendants and deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

THIRD CAUSE OF ACTION
VIOLATION OF THE FOURTH AMENDMENT
PROHIBITION AGAINST THE USE OF UNREASONABLE FORCE

46     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 45

47     The acts and omissions of defendants herein were done under color of law, custom or usage

48     David Potter was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants as set forth herein

49     David Potter had a federally-protected right, under the Fourth Amendment, not to be subjected to the use of unreasonable force against his person

50     As a proximate result of the acts and omissions of defendants and the deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

COMPLAINT FOR DAMAGES - 8

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

## FOURTH CAUSE OF ACTION
## VIOLATION OF THE FOURTEENTH
## AMENDMENT DUE PROCESS CLAUSE

51     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 50

52     The acts and omissions of defendants herein were performed under color of state law, custom or usage

53     David Potter had federally–protected rights, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, to remain in a public place of his choice and the right to move from one place to another, in order to observe and photograph the actions of the police and the citizens in downtown Seattle

54     The acts and omissions of defendants herein proximately caused the deprivation of plaintiff's Fourteenth Amendment rights

55     As a proximate result of the acts and omissions of defendants, plaintiff suffered personal injuries as set forth hereinabove

## FIFTH CAUSE OF ACTION
## MUNICIPAL LIABILITY OF THE CITY OF SEATTLE

56     Plaintiff hereby incorporates and realleges as though fully set forth herein each and every allegation of paragraph 1 through 55

57     At all times material to this complaint, defendant City of Seattle, by and through its mayor, defendant Schell, and/or its chief of police, defendant Stamper, had in

COMPLAINT FOR DAMAGES - 9

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

effect certain explicit and *de facto* policies, practices and customs which were applied to the treatment of civilians in downtown Seattle during the WTO meetings, including the use of chemical weapons against innocent civilians such as plaintiff David Potter

58    For purposes of the incident described herein, it was the policy, custom and practice of the City of Seattle to utilize unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff, set forth hereinabove

59    It was further the policy of the City of Seattle, by and through defendants Schell and Stamper, to approve, acquiesce, condone and ratify the use of unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff in the incident described hereinabove

60    For purposes of liability for said policies, practices and/or customs, Norm Stamper was the authorized policy-maker on police matters, and his decisions, explicit and *de facto*, were and are binding on defendant City of Seattle

61    The policy, practice and custom of approving, acquiescing in, condoning and/or ratifying the use of unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff in the incident described herein was a deliberate choice by defendant City of Seattle, by and through its mayor and/or chief of police

62    These policies, practices and customs were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiff as set forth hereinabove

**MUENSTER & KOENIG**
JOHN R MUENSTER, INC., P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

63     The above-described policies, practices and customs of defendant City of Seattle proximately caused the deprivation of the First, Fourth and Fourteenth Amendment rights of the plaintiff

64     As a proximate result of the above-described policies, practices and customs of defendant City of Seattle, and as a result of the deprivation of plaintiff's First, Fourth and Fourteenth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove

65     At all times material herein, defendants City of Seattle, Schell and Stamper had a duty, under the United States Constitution, to properly supervise their police officers

66     At all times material herein, defendants had a duty, under the Fourth Amendment to the United States Constitution, to train their police officers not to attack innocent people with chemical weapons, including pepper spray

67     Defendants failed to properly supervise defendant John Doe

68     Defendants failed to properly train defendant John Doe

69     The above-described failures to supervise and to train were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiff as set forth hereinabove

70     The above-described failures by defendants to properly supervise and to properly train defendant John Doe proximately caused the deprivation of the constitutional rights of the plaintiff as set forth hereinabove

COMPLAINT FOR DAMAGES - 11

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX (206) 467-0101

71      As a proximate result of the failure of defendants to properly supervise and

train, and as a result of the deprivation of plaintiff's constitutional rights, plaintiff suffered

personal injuries as set forth hereinabove

### SIXTH CAUSE OF ACTION.
### ASSAULT AND BATTERY

72      Plaintiff hereby incorporates and realleges as if fully set forth herein each and

every allegation of paragraphs 1 through 71

73      Defendants assaulted and battered plaintiff David Potter

74      Defendant City of Seattle is liable for the actions of defendant John Doe under

the doctrine of *respondeat superior*

75      As a direct, proximate and foreseeable result of the wrongful actions described

hereinabove, plaintiff has been damaged in an amount in excess of the minimum jurisdiction

of this Court

### PUNITIVE DAMAGES ALLEGATIONS

76      Plaintiff hereby incorporates and realleges as if fully set forth herein each and

every allegation of paragraphs 1 through 75

77      The acts and omissions of defendants herein were motivated by evil motive or

intent, or involved reckless or callous indifference to the constitutional rights of the plaintiff

as set forth hereinabove

COMPLAINT FOR DAMAGES - 12

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

78      Defendant City of Seattle should indemnify defendant John Doe for any damages awarded against him at the trial of this action, including punitive damages

79      Defendant City of Seattle is responsible for the fault of defendant John Doe because defendant John Doe was acting as an agent or servant of the City   Defendant City of Seattle is liable for all damages awarded against defendant John Doe, including punitive damages   RCW 4 22 070(1)(a)

80      Since plaintiff David Potter is a fault-free plaintiff, defendant City of Seattle is jointly and severally liable for all damages awarded, including punitive damages   RCW 4 22.070(1)(b)

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows

Compensatory Damages   The defendants should be required to pay compensatory damages in an amount to be proven at trial

Punitive Damages  The defendants should be required to pay punitive damages in an amount to be proven at trial pursuant to Title 42, United States Code, § 1983, Title 42, United States Code, § 1988, RCW 4 22 070(1)(a), and RCW 4 22 070(1)(b)

Attorneys' Fees   Defendants should be required to pay the plaintiff's reasonable attorneys' fees and costs pursuant to Title 42, United States Code, § 1988

COMPLAINT FOR DAMAGES - 13

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC , P S
999 THIRD AVE , SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX  (206) 467-0101

1

2          Other Relief   The Court should grant the plaintiff such other and further relief as the

3    Court deems just and equitable

4          DATED this the _____ day of November, 2001

5                                          Respectfully submitted,

6
                                           MUENSTER & KOENIG
7

8
9          By· _____

10              JOHN R  MUENSTER
                WSBA No  6237
11              Attorney at Law

12                                         Of Attorneys for Plaintiff David F  Potter

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     COMPLAINT FOR DAMAGES - 14                    **MUENSTER & KOENIG**
28                                             JOHN R. MUENSTER, INC , P.S.
                                                  999 THIRD AVE , SUITE 4100
                                               SEATTLE, WASHINGTON 98104
                                                      (206) 467-7500
                                                  FAX  (206) 467-0101